**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:07-cr-00092** |
| **v.** | ) | |
| | ) | |
| **ROBERT LEE CLAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Defendant, Robert Lee Clay, shall notify the Court on or before **December 14, 2020,**

whether he contests the alleged violations of the conditions of his supervised release (Doc. No.

171). Thereafter, a hearing will be set by the Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE